# First District Court of Appeal
## State of Florida

_____

No. 1D19-1073
_____

CHARLES JAMES SKOLNICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 21, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles James Skolnick, pro se, Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.